# Court of Appeals
# of the State of Georgia

ATLANTA,  June 26, 2025

*The Court of Appeals hereby passes the following order:*

**A25A1876. ANTHONY RASHAD DONALDSON v. THE STATE.**

Anthony Rashad Donaldson filed this direct appeal from the trial court's order revoking his probation. However, an application for discretionary appeal is required to appeal an order revoking probation. OCGA § 5-6-35 (a) (5); see *Todd v. State*, 236 Ga. App. 757, 758 (513 SE2d 287) (1999). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Because Donaldson did not comply with the discretionary appeals procedure, this direct appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  06/26/2025*

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*